# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:23-cr-20 |
| | : | |
| Plaintiff, | : | |
| | : | JUDGE TREVOR N. MCFADDEN |
| vs. | : | |
| | : | |
| RYAN SWOOPE, | : | **NOTICE OF DISCOVERY REQUESTS** |
| | : | |
| Defendant. | : | |

Defendant, through counsel, hereby gives notice that on January 23, 2023, he submitted to Andrew S. Haag, Assistant U.S. Attorney, via this electronic filing, his request for discovery and relevant sentencing information pertaining to the within captioned case. *See* attached Exhibit A, Discovery Request; and Exhibit B, Guideline Calculation Request.

Respectfully submitted,

STEPHEN C. NEWMAN
Federal Public Defender
Ohio Bar: 0051928


*/s/Edward G. Bryan*
EDWARD G. BRYAN
Assistant Federal Public Defender
Ohio Bar: 0055556
1660 West Second Street, Suite #750
Cleveland, OH 44113
(216) 522-4856 Fax: (216)522-4321
E-mail: edward_bryan@fd.org