IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Case No. 1:23-CR-000200-TNM |
| | ) |
| RYAN SWOOPE. | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF APPEARANCE

To the Clerk of this Court:

Please enter the appearance of the following co-counsel in this case on behalf of Defendant Ryan Swoope:

CATHERINE ADINARO SHUSKY (LCrR 44.1(d))
Ohio Bar No. 0088731
Attorney at Law
Office of the Federal Public Defender,
    Northern District of Ohio
1660 West 2nd Street, Suite 750
Cleveland, OH 44113
Telephone: (216) 522-4856
Email: cathi_shusky@fd.org

Undersigned counsel is an employee of the Office of the Federal Public Defender, Northern District of Ohio, and thus is eligible to appear and practice in this Court pursuant to LCrR 44.1(d). Undersigned counsel also certifies she is familiar with the Local Rules of this Court and has submitted her registration within the last three years.

March 6, 2023

                                                         Respectfully submitted,

                                                         STEPHEN C. NEWMAN
                                                         Federal Public Defender
                                                         Ohio Bar: 0051928

<u>/s/ Catherine Adinaro Shusky</u>
CATHERINE ADINARO SHUSKY
Attorney at law
Ohio Bar: 0088731
Office of the Federal Public Defender
1660 West Second Street, Suite 750
Cleveland, OH 44113
(216)522-4856
E-mail: cathi_shusky@fd.org

## **CERTIFICATE OF SERVICE**

On this 6th day of March 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.