## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No.  1:23-cr-20 (TNM) |
| | : | |
| **RYAN SWOOPE,** | : | |
| | : | |
| **Defendant.** | : | |

### JOINT MOTION TO CONVERT TRIAL DATE TO CHANGE OF PLEA HEARING

The parties respectfully request that the Court convert the currently scheduled bench trial on October 5, 2023, to a change of plea hearing. The government reports that the parties have reached an agreement to resolve this matter prior to trial and the defense concurs.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:    /s/ Andrew Haag
ANDREW S. HAAG
Assistant United States Attorney
MA Bar No. 705425
601 D Street, N.W.
Washington, DC 20530
(202) 252-7755
Andrew.Haag@usdoj.gov

ADAM M. DREHER
Mich. Bar No. P79246
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-1706
adam.dreher@usdoj.gov